IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ELIZABETH GUADALUPE
CASTRO-GALLEGOS,

        Defendant.

Criminal. No. 15-2226 JCH

## MOTION TO DISMISS INDICTMENT

Pursuant to Rule 48, Fed. R. Crim. P., the United States of America respectfully moves the Court to dismiss the Indictment in this matter without prejudice against defendant ELIZABETH GUADALUPE CASTRO-GALLEGOS and as grounds therefor states:

The United States declines to further prosecute this matter at this time and in the interests of justice, this matter should be dismissed.

Santiago E. Juarez, attorney of record for Defendant ELIZABETH GUADALUPE CASTRO-GALLEGOS, does not object.

Wherefore, the United States respectfully requests that the Court dismiss the Indictment in this matter without prejudice against defendant ELIZABETH GUADALUPE CASTRO-GALLEGOS.

        Respectfully submitted,
        DAMON P. MARTINEZ
        United States Attorney


        *Filed Electronically*
        NORMAN CAIRNS
        Assistant United States Attorney
        P. O. Box 607
        Albuquerque, NM 87103
        (505) 346-7274

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true copy of this pleading was delivered electronically to counsel for the defendant, this 9th day of March 2016.


        *Filed Electronically*
        NORMAN CAIRNS
        Assistant United States Attorney